

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-13-00187-CR

Fernando **RODRIGUEZ** Jr.,
Appellant/s

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011-CRN-531-D3
, Judge Presiding

# O R D E R

Appellant has filed a pro se motion requesting permission to supplement the appellant's brief filed by his attorney by allowing appellant the right to limited hybrid representation. Appellant's motion is DENIED. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981).

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court